## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

HOWARD COHAN,

    Plaintiff,

v.

MCCK DETROIT SECOND HOTEL
LIMITED PARTNERSHIP,

    Defendant.

_____/

Case No. 2:19-cv-11872-SFC-RSW

Hon. Sean F. Cox

## <u>NOTICE OF SETTLEMENT</u>

Plaintiff Howard Cohan gives notice of settlement of this matter. The parties request that all deadlines and other scheduled matters be vacated and the parties given thirty (30) days to obtain signatures of each of the parties on their Settlement Agreement, effectuate the terms of the Settlement Agreement, and file dismissal papers.

Respectfully Submitted,

*/s/ Gloria Y. Saad*
_____
Gloria Y. Saad (P83131)
Blackmore Law PLC
Attorney for Plaintiff
21411 Civic Center Drive, Suite 200
Southfield, MI 48076
P: (248) 845-8594
E: gsaad@blackmorelawplc.com

Dated: November 25, 2019

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 25, 2019, I filed and served the foregoing

NOTICE OF VOLUNTARY DISMISSAL UNDER FED. R. CIV. P. 41(a)(1)(A)(i)

WITH PREJUDICE on all ECF participants via the court's CM/ECF system.


*/s/ Gloria Y. Saad*
Gloria Y. Saad